# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

DWIGHT A. WARE,
       Plaintiff

v.                               CASE NUMBER: 09-C-0393

ATTORNEY FREDERICK KLIMETZ, and
ATTORNEY RICK STEINBERG
       Defendants

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the complaint and this action are dismissed with prejudice as to all federal claims. Any state-law claims are dismissed without prejudice for lack of subject matter jurisdiction.

April 25, 2009                                               Jon W. Sanfilippo
Date                                                                     Clerk

                                                                               /s
                                                                               (By) Deputy Clerk